Clinton J. McCord, SBN 204749; cmccord@edwardswildman.com
EDWARDS WILDMAN PALMER LLP
9665 Wilshire Blvd., Suite 200
Beverly Hills, CA 90212
Telephone No.: 310-860-8700
Fax No.: 310-860-3800

Attorneys for Plaintiff NANOENTEK, INC.
(Additional Attorneys listed on signature page)

RONALD F. LOPEZ, SBN 111756; rflopez@nixonpeabody.com
NIXON PEABODY
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

ROBERT E. KREBS, SBN 057526; rkrebs@nixonpeabody.com
JENNIFER HAYES, SBN 241533; jenhayes@nixonpeabody.com
NIXON PEABODY LLP
2 Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, California 94306
Telephone: (650) 320-7700
Facsimile: (650) 320-7701

Attorneys for Defendant BIO-RAD LABORATORIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANOENTEK, INC.,<br><br>    *Plaintiff,*<br><br>vs.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>    *Defendant.* | Case No. 3:11-CV-06237 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONSENT TO MAGISTRATE**<br><br>The Honorable Jeffrey S. White |

WHEREAS, Plaintiff NanoEnTek, Inc. ("NanoEnTek") and Defendant Bio-Rad Laboratories, Inc. ("Bio-Rad"), by and through their respective counsel of record, hereby STIPULATE AND AGREE, to consent to have Magistrate Judge Joseph C. Spero conduct any

and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Federal Circuit.

DATED: May 18, 2012

Respectfully submitted,

EDWARDS WILDMAN PALMER LLP

 /s/ Adam Samansky
Clinton J. McCord, SBN 204749
George W. Neuner (admitted *pro hac vice*)
gneuner@edwardswildman.com
David Cotta (admitted *pro hac vice*)
dcotta@edwardswildman.com
Adam Samansky (admitted *pro hac vice*)
asamansky@edwardswildman.com
Peter Cuomo (admitted *pro hac vice*)
pcuomo@edwardswildman.com
Deborah Higashi Dodge (admitted *pro hac vice*)
ddodge@edwardswildman.com
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA 02199-7613
Telephone No.: 617-239-0100
Fax No.: 617-227-4420

Attorneys for Plaintiff
NANOENTEK, INC.

DATED: May 18, 2012

NIXON PEABODY LLP

 /s/ Jennifer Hayes
Ronald F. Lopez, SBN 111756
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Robert E. Krebs SBN 057526
Jennifer Hayes SBN 241533
2 Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, California 94306
Telephone: (650) 320-7700
Facsimile: (650) 320-7701

Attorneys for Defendant
BIO-RAD LABORATORIES, INC.

JOINT STIPULATION AND [PROPOSED] ORDER
CONSENT TO MAGISTRATE

- 2 -

3:11-CV-06237-JSW

1 **FILER'S ATTESTATION**

2    Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that

3 all parties have concurred in the filing of this JOINT STIPULATION AND [PROPOSED]

4 ORDER.

6 DATED: May 18, 2012                    */s/ Jennifer Hayes*
                                          Jennifer Hayes

8 Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is
  HEREBY REFERRED to Magistrate Judge Spero for all further proceedings

9 PURSUANT TO STIPULATION, IT IS SO ORDERED.

11 DATED:   May 21, 2012                  _____
                                          Jeffrey S. White
12                                        United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER
CONSENT TO MAGISTRATE                    - 3 -                          3:11-CV-06237-JSW