1  RONALD F. LOPEZ, SBN 111756; rflopez@nixonpeabody.com
   NIXON PEABODY
2  One Embarcadero Center, 18th Floor
   San Francisco, California 94111-3600
3  Telephone: (415) 984-8200
   Facsimile: (415) 984-8300
4
   ROBERT E. KREBS, SBN 057526; rkrebs@nixonpeabody.com
5  JENNIFER HAYES, SBN 241533; jenhayes@nixonpeabody.com
   NIXON PEABODY LLP
6  2 Palo Alto Square
   3000 El Camino Real, Suite 500
7  Palo Alto, California 94306
   Telephone: (650) 320-7700
8  Facsimile: (650) 320-7701

9  Attorneys for Defendant BIO-RAD LABORATORIES, INC.

10 Clinton J. McCord, SBN 204749; cmccord@edwardswildman.com
   EDWARDS WILDMAN PALMER LLP
11 9665 Wilshire Blvd., Suite 200
   Beverly Hills, CA 90212
12 Telephone No.: 310-860-8700
   Fax No.: 310-860-3800
13
   Attorneys for Plaintiff NANOENTEK, INC.
14 (Additional Attorneys listed on signature page)

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18
   | NANOENTEK, INC., | Case No. 3:11-CV-06237 JCS |
   |---|---|
   | *Plaintiff,* | **JOINT STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |
   | vs. | |
   | BIO-RAD LABORATORIES, INC., | The Honorable Joseph C. Spero |
   | *Defendant.* | Case Mgmt. Conf. Date: June 22, 2012<br>Case Mgmt. Conf. Time: 1:30 PM<br>Courtroom G, 15th Floor, Federal Building<br>450 Golden Gate Avenue, San Francisco, CA |

26    Plaintiff NanoEnTek, Inc. ("NanoEnTek") and Defendant Bio-Rad Laboratories, Inc.

27 ("Bio-Rad"), by and through their respective counsel of record, hereby STIPULATE AND

28

---

AGREE, to continue the Case Management Conference to July 13.

DATED: June 14, 2012

Respectfully submitted,

NIXON PEABODY LLP

/s/ Ronald F. Lopez
Ronald F. Lopez, SBN 111756
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Robert E. Krebs SBN 057526
Jennifer Hayes SBN 241533
2 Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, California 94306
Telephone: (650) 320-7700
Facsimile: (650) 320-7701

Attorneys for Defendant
BIO-RAD LABORATORIES, INC.

DATED: June 14, 2012

EDWARDS WILDMAN PALMER LLP

/s/ David Cotta
Clinton J. McCord, SBN 204749
George W. Neuner (admitted *pro hac vice*)
gneuner@edwardswildman.com
David Cotta (admitted *pro hac vice*)
dcotta@edwardswildman.com
Adam Samansky (admitted *pro hac vice*)
asamansky@edwardswildman.com
Peter Cuomo (admitted *pro hac vice*)
pcuomo@edwardswildman.com
Deborah Higashi Dodge (admitted *pro hac vice*)
ddodge@edwardswildman.com
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA  02199-7613
Telephone No.: 617-239-0100
Fax No.: 617-227-4420

Attorneys for Plaintiff
NANOENTEK, INC.

Dated: June 18, 2012

IT IS SO ORDERED
Judge Joseph C. Spero

## CERTIFICATE OF SERVICE

The undersigned certifies that the JOINT STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE was served via the Court's Electronic Case Management System on all counsel of record on June 14, 2012.

/s/ Ronald F. Lopez