1    RONALD F. LOPEZ, SBN 111756; rflopez@nixonpeabody.com
     NIXON PEABODY
2    One Embarcadero Center, 18th Floor
     San Francisco, California 94111-3600
3    Telephone: (415) 984-8200
     Facsimile: (415) 984-8300
4

5    ROBERT E. KREBS, SBN 057526; rkrebs@nixonpeabody.com
     JENNIFER HAYES, SBN 241533; jenhayes@nixonpeabody.com
     NIXON PEABODY LLP
6    2 Palo Alto Square
     3000 El Camino Real, Suite 500
7    Palo Alto, California 94306
     Telephone: (650) 320-7700
8    Facsimile: (650) 320-7701

9    Attorneys for Defendant BIO-RAD LABORATORIES, INC.

10   Clinton J. McCord, SBN 204749; cmccord@edwardswildman.com
     EDWARDS WILDMAN PALMER LLP
11   9665 Wilshire Blvd., Suite 200
     Beverly Hills, CA 90212
12   Telephone No.: 310-860-8700
     Fax No.: 310-860-3800
13

14   Attorneys for Plaintiff NANOENTEK, INC.
     (Additional Attorneys listed on signature page)

15

16                 UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18   NANOENTEK, INC.,            Case No. 3:11-CV-06237 JCS

19         *Plaintiff,*           **JOINT STIPULATION REQUESTING**
20     vs.                   **CONTINUANCE OF CASE**
                               **MANAGEMENT CONFERENCE**
21   BIO-RAD LABORATORIES, INC.,    The Honorable Joseph C. Spero

22         *Defendant.*         Case Mgmt. Conf. Date: June 22, 2012
23                           Case Mgmt. Conf. Time: 1:30 PM
                               Courtroom G, 15th Floor, Federal Building
24                           450 Golden Gate Avenue, San Francisco, CA

25

26         Plaintiff NanoEnTek, Inc. ("NanoEnTek") and Defendant Bio-Rad Laboratories, Inc.

27   ("Bio-Rad"), by and through their respective counsel of record, hereby STIPULATE AND

28

1   AGREE, to continue the Case Management Conference to July 13.

2

3   DATED:  June 14, 2012                    Respectfully submitted,

    NIXON PEABODY LLP
4

5        /s/ Ronald F. Lopez
    Ronald F. Lopez, SBN 111756
6   One Embarcadero Center, 18th Floor
    San Francisco, California 94111-3600
7   Telephone: (415) 984-8200
    Facsimile: (415) 984-8300

8   Robert E. Krebs SBN 057526
    Jennifer Hayes SBN 241533
9   2 Palo Alto Square
    3000 El Camino Real, Suite 500
10  Palo Alto, California 94306
    Telephone: (650) 320-7700
11  Facsimile: (650) 320-7701

12  Attorneys for Defendant
    BIO-RAD LABORATORIES, INC.
13

14  DATED:  June 14, 2012                    EDWARDS WILDMAN PALMER LLP

15       /s/ David Cotta
    Clinton J. McCord, SBN 204749
16  George W. Neuner (admitted *pro hac vice*)
    gneuner@edwardswildman.com
17  David Cotta (admitted *pro hac vice*)
    dcotta@edwardswildman.com
18  Adam Samansky (admitted *pro hac vice*)
    asamansky@edwardswildman.com
19  Peter Cuomo (admitted *pro hac vice*)
    pcuomo@edwardswildman.com
20  Deborah Higashi Dodge (admitted *pro hac vice*)
    ddodge@edwardswildman.com

    Dated: June 18, 2012                     EDWARDS WILDMAN PALMER LLP
21  111 Huntington Avenue
    Boston, MA  02199-7613
22  Telephone No.: 617-239-0100
    Fax No.: 617-227-4420
23

24  Attorneys for Plaintiff
    NANOENTEK, INC.

25

26

27

28

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

## <u>CERTIFICATE OF SERVICE</u>

2

3

    The undersigned certifies that the JOINT STIPULATION REQUESTING

CONTINUANCE OF CASE MANAGEMENT CONFERENCE was served via the Court's

4

Electronic Case Management System on all counsel of record on June 14, 2012.

5

6

7

               /s/   Ronald F. Lopez

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28