1  **Clinton J. McCord, SBN 204749; cmccord@edwardswildman.com**
   **EDWARDS WILDMAN PALMER LLP**
2  **9665 Wilshire Blvd., Suite 200**
   **Beverly Hills, CA 90212**
3  **Telephone No.: 310-860-8700**
   **Fax No.: 310-860-3800**
4
   **Attorneys for Plaintiff NANOENTEK, INC.**
5  **(Additional Attorneys listed on signature page)**

6
   **RONALD F. LOPEZ, SBN 111756; rflopez@nixonpeabody.com**
7  **NIXON PEABODY**
   **One Embarcadero Center, 18th Floor**
8  **San Francisco, California 94111-3600**
   **Telephone: (415) 984-8200**
9  **Facsimile: (415) 984-8300**

10 **ROBERT E. KREBS, SBN 057526; rkrebs@nixonpeabody.com**
   **JENNIFER H AYES, SBN 241533; jenhayes@nixonpeabody.com**
11 **NIXON PEABODY LLP**
   **2 Palo Alto Square**
12 **3000 El Camino Real, Suite 500**
   **Palo Alto, California 94306**
13 **Telephone: (650) 320-7700**
   **Facsimile: (650) 320-7701**
14
   **Attorneys for Defendant BIO-RAD LABORATORIES, INC.**
15

16                     **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18
   NANOENTEK, INC.,                  Case No. 3:11-CV-06237 ~~JSW~~ JCS
19
        *Plaintiff,*                 **[~~PROPOSED~~] STIPULATED**
20                                   **ORDER REGARDING PROPOSED**
   vs.                               **SCHEDULE FOR *MARKMAN* BRIEFING**
21
   BIO-RAD LABORATORIES, INC.,       The Honorable ~~Jeffrey S. White~~ Joseph C. Spero
22
        *Defendant.*
23

24

25      WHEREAS, Plaintiff NanoEnTek, Inc. ("NanoEnTek") and Defendant Bio-Rad

26 Laboratories, Inc. ("Bio-Rad"), by and through their respective counsel of record, hereby

27 STIPULATE AND AGREE that the Court may enter the following order regarding a proposed

28

schedule for Modified *Markman* briefing pursuant to the Local Patent Rules.

| | |
|---|---|
| May 25, 2012 | Plaintiff's disclosure of asserted claims and infringement contentions and document production |
| July 20, 2012 | Defendant's invalidity contentions and document production |
| July 27, 2012 | Exchange proposed terms for construction |
| August 10, 2012 | Exchange preliminary claim constructions and extrinsic evidence |
| August 24, 2012 | Joint Claim Construction and Prehearing Statement |
| August 27, 2012 | Court mediation to be completed (ECF No. 69) |
| September 24, 2012 | Completion of claim construction discovery |
| September 30, 2012 | Deadline to join parties / amend pleadings (ECF No. 69) |
| October 9, 2012 | Plaintiff's opening claim construction brief |
| October 23, 2012 | Defendant's opposing/responsive claim construction brief |
| October 30, 2012 | Plaintiff's reply claim construction brief |
| October 30, 2012 | Amended, Final Joint Claim Construction Statement |
| ~~November 6, 2012~~ JCS | ~~Tutorial on technology~~ (*to be scheduled by the Court*) |
| ~~November 13, 2012~~ JCS | ~~Joint Claim Construction Hearing~~ (*to be scheduled by the Court*) |
| May 6, 2013 | Fact Discovery Deadline (ECF No. 69) |
| July 31, 2013 | Expert Discovery Deadline; Expert witness list due (ECF No. 69) |
| August 30, 2013 | Dispositive Motion Hearing ~~9:00~~ 9:30 - JCS AM in Courtroom 11 (ECF No. 69) |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  May 10, 2012 | Respectfully submitted, |
| 3 | | EDWARDS WILDMAN PALMER LLP |
| 4 | | _____/s/ David Cotta_____<br>Clinton J. McCord, SBN 204749 |
| 5 | | George W. Neuner (admitted *pro hac vice*)<br>gneuner@edwardswildman.com |
| 6 | | David Cotta (admitted *pro hac vice*)<br>dcotta@edwardswildman.com |
| 7 | | Adam Samansky (admitted *pro hac vice*)<br>asamansky@edwardswildman.com |
| 8 | | Peter Cuomo (admitted *pro hac vice*)<br>pcuomo@edwardswildman.com |
| 9 | | Deborah Higashi Dodge (admitted *pro hac vice*)<br>ddodge@edwardswildman.com |
| 10 | | EDWARDS WILDMAN PALMER LLP<br>111 Huntington Avenue |
| 11 | | Boston, MA  02199-7613<br>Telephone No.: 617-239-0100 |
| 12 | | Fax No.: 617-227-4420 |
| 13 | | Attorneys for Plaintiff |
| 14 | | NANOENTEK, INC. |
| 15 | DATED:  May 10, 2012 | NIXON PEABODY LLP |
| 16 | | _____/s/ Jennifer Hayes_____<br>Ronald F. Lopez, SBN 111756 |
| 17 | | One Embarcadero Center, 18th Floor<br>San Francisco, California 94111-3600 |
| 18 | | Telephone: (415) 984-8200<br>Facsimile: (415) 984-8300 |
| 19 | | |
| 20 | | Robert E. Krebs SBN 057526 |
| 21 | | Jennifer Hayes SBN 241533<br>2 Palo Alto Square |
| 22 | | 3000 El Camino Real, Suite 500<br>Palo Alto, California 94306 |
| 23 | | Telephone: (650) 320-7700<br>Facsimile: (650) 320-7701 |
| 24 | | |
| 25 | | Attorneys for Defendant<br>BIO-RAD LABORATORIES, INC. |
| 26 | | |
| 27 | | |
| 28 | | |

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this [PROPOSED] STIPULATED ORDER.

DATED: May 10, 2012

*/s/ Jennifer Hayes*
Jennifer Hayes

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 18, 2012

IT IS SO ORDERED AS MODIFIED

Judge Joseph C. Spero

~~Jeffrey S. White~~
United States ~~District Judge~~ Magistrate

## CERTIFICATE OF SERVICE

The undersigned certifies that the **[PROPOSED] STIPULATED ORDER** was served via the Court's Electronic Case Management System on all counsel of record on May 10, 2012.

/s/  Jennifer Hayes