**Clinton J. McCord, SBN 204749; cmccord@edwardswildman.com**
**EDWARDS WILDMAN PALMER LLP**
**9665 Wilshire Blvd., Suite 200**
**Beverly Hills, CA 90212**
**Telephone No.: 310-860-8700**
**Fax No.: 310-860-3800**

**Attorneys for Plaintiff NANOENTEK, INC.**
**(Additional Attorneys listed on signature page)**

**RONALD F. LOPEZ, SBN 111756; rflopez@nixonpeabody.com**
**NIXON PEABODY**
**One Embarcadero Center, 18th Floor**
**San Francisco, California 94111-3600**
**Telephone: (415) 984-8200**
**Facsimile: (415) 984-8300**

**ROBERT E. KREBS, SBN 057526; rkrebs@nixonpeabody.com**
**JENNIFER H AYES, SBN 241533; jenhayes@nixonpeabody.com**
**NIXON PEABODY LLP**
**2 Palo Alto Square**
**3000 El Camino Real, Suite 500**
**Palo Alto, California 94306**
**Telephone: (650) 320-7700**
**Facsimile: (650) 320-7701**

**Attorneys for Defendant BIO-RAD LABORATORIES, INC.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NANOENTEK, INC.,<br><br>*Plaintiff,*<br><br>vs.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>*Defendant.* | Case No. 3:11-CV-06237-~~JSW~~ JCS<br><br>**[~~PROPOSED~~] STIPULATED ORDER REGARDING PROPOSED SCHEDULE FOR *MARKMAN* BRIEFING**<br><br>The Honorable ~~Jeffrey S. White~~ Joseph C. Spero |

WHEREAS, Plaintiff NanoEnTek, Inc. ("NanoEnTek") and Defendant Bio-Rad Laboratories, Inc. ("Bio-Rad"), by and through their respective counsel of record, hereby STIPULATE AND AGREE that the Court may enter the following order regarding a proposed

schedule for Modified *Markman* briefing pursuant to the Local Patent Rules.

| | |
|---|---|
| May 25, 2012 | Plaintiff's disclosure of asserted claims and infringement contentions and document production |
| July 20, 2012 | Defendant's invalidity contentions and document production |
| July 27, 2012 | Exchange proposed terms for construction |
| August 10, 2012 | Exchange preliminary claim constructions and extrinsic evidence |
| August 24, 2012 | Joint Claim Construction and Prehearing Statement |
| August 27, 2012 | Court mediation to be completed (ECF No. 69) |
| September 24, 2012 | Completion of claim construction discovery |
| September 30, 2012 | Deadline to join parties / amend pleadings (ECF No. 69) |
| October 9, 2012 | Plaintiff's opening claim construction brief |
| October 23, 2012 | Defendant's opposing/responsive claim construction brief |
| October 30, 2012 | Plaintiff's reply claim construction brief |
| October 30, 2012 | Amended, Final Joint Claim Construction Statement |
| JCS ~~November 6, 2012~~ | Tutorial on technology (*to be scheduled by the Court*) |
| JCS ~~November 13, 2012~~ | Joint Claim Construction Hearing (*to be scheduled by the Court*) |
| May 6, 2013 | Fact Discovery Deadline (ECF No. 69) |
| July 31, 2013 | Expert Discovery Deadline; Expert witness list due (ECF No. 69) |
| August 30, 2013 | Dispositive Motion Hearing 9:30 - JCS ~~9:00~~ AM in Courtroom 11 (ECF No. 69) |

DATED: May 10, 2012

Respectfully submitted,

EDWARDS WILDMAN PALMER LLP

____/s/ David Cotta________________________

Clinton J. McCord, SBN 204749

George W. Neuner (admitted *pro hac vice*)
gneuner@edwardswildman.com
David Cotta (admitted *pro hac vice*)
dcotta@edwardswildman.com
Adam Samansky (admitted *pro hac vice*)
asamansky@edwardswildman.com
Peter Cuomo (admitted *pro hac vice*)
pcuomo@edwardswildman.com
Deborah Higashi Dodge (admitted *pro hac vice*)
ddodge@edwardswildman.com
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA 02199-7613
Telephone No.: 617-239-0100
Fax No.: 617-227-4420

Attorneys for Plaintiff
NANOENTEK, INC.

DATED: May 10, 2012

NIXON PEABODY LLP

___/s/ Jennifer Hayes____________________

Ronald F. Lopez, SBN 111756
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Robert E. Krebs SBN 057526
Jennifer Hayes SBN 241533
2 Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, California 94306
Telephone: (650) 320-7700
Facsimile: (650) 320-7701

Attorneys for Defendant
BIO-RAD LABORATORIES, INC.

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this [PROPOSED] STIPULATED ORDER.

DATED: May 10, 2012

*/s/ Jennifer Hayes*
Jennifer Hayes

PURSUANT TO STIPULATION, IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

DATED: June 18, 2012

~~Jeffrey S. White~~ Joseph C.Spero
United States ~~District~~ Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the **[PROPOSED] STIPULATED ORDER** was served via the Court's Electronic Case Management System on all counsel of record on May 10, 2012.

/s/ _Jennifer Hayes___ ___