1 | **RONALD F. LOPEZ, SBN 111756; rflopez@nixonpeabody.com**
**NIXON PEABODY**
2 | **One Embarcadero Center, 18th Floor**
**San Francisco, California 94111-3600**
3 | **Telephone: (415) 984-8200**
**Facsimile: (415) 984-8300**
4
5 | **ROBERT E. KREBS, SBN 057526; rkrebs@nixonpeabody.com**
**JENNIFER H AYES, SBN 241533; jenhayes@nixonpeabody.com**
**NIXON PEABODY LLP**
6 | **2 Palo Alto Square**
**3000 El Camino Real, Suite 500**
7 | **Palo Alto, California 94306**
**Telephone: (650) 320-7700**
8 | **Facsimile: (650) 320-7701**

9 | **Attorneys for Defendant BIO-RAD LABORATORIES, INC.**

10 | **Clinton J. McCord, SBN 204749; cmccord@edwardswildman.com**
**EDWARDS WILDMAN PALMER LLP**
11 | **9665 Wilshire Blvd., Suite 200**
**Beverly Hills, CA 90212**
12 | **Telephone No.: 310-860-8700**
**Fax No.: 310-860-3800**
13
**Attorneys for Plaintiff NANOENTEK, INC.**
14 | **(Additional Attorneys listed on signature page)**

15

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANOENTEK, INC., | Case No. 3:11-CV-06237 JCS |
| *Plaintiff,* | **[PROPOSED] STIPULATED ORDER TO MODIFY SCHEDULE FOR MARKMAN BRIEFING [DKT. # 88]** |
| vs. | |
| BIO-RAD LABORATORIES, INC., | The Honorable Joseph C. Spero |
| *Defendant.* | |

Plaintiff NanoEnTek, Inc. ("NanoEnTek") and Defendant Bio-Rad Laboratories, Inc.

("Bio-Rad"), by and through their respective counsel of record, hereby STIPULATE AND

AGREE to a two week extension to the deadline for submitting the Joint Claim Construction and

Prehearing Statement set forth in Dkt. #88. In its Order [Dkt. # 88], the Court set the deadline for submitting a Joint Claim Construction and Prehearing Statements for August 24, 2012. The parties have agreed to extend this date by two weeks, as follows:

September 7, 2012   Joint Claim Construction and Prehearing Statement

All remaining dates will remain unchanged.

DATED: August 24, 2012

Respectfully submitted,

NIXON PEABODY LLP

  /s/ Jennifer Hayes
Ronald F. Lopez, SBN 111756
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Facsimile: (415) 984-8300


Robert E. Krebs SBN 057526
Jennifer Hayes SBN 241533
2 Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, California 94306
Telephone: (650) 320-7700
Facsimile: (650) 320-7701


Attorneys for Defendant
BIO-RAD LABORATORIES, INC.

| | |
|---|---|
| DATED: August 24, 2012 | EDWARDS WILDMAN PALMER LLP |
| | /s/ David Cotta |
| | Clinton J. McCord, SBN 204749 |
| | George W. Neuner (admitted *pro hac vice*) |
| | gneuner@edwardswildman.com |
| | David Cotta (admitted *pro hac vice*) |
| | dcotta@edwardswildman.com |
| | Adam Samansky (admitted *pro hac vice*) |
| | asamansky@edwardswildman.com |
| | Peter Cuomo (admitted *pro hac vice*) |
| | pcuomo@edwardswildman.com |
| | Deborah Higashi Dodge (admitted *pro hac vice*) |
| | ddodge@edwardswildman.com |
| | EDWARDS WILDMAN PALMER LLP |
| | 111 Huntington Avenue |
| | Boston, MA  02199-7613 |
| | Telephone No.: 617-239-0100 |
| | Fax No.: 617-227-4420 |
| | |
| | Attorneys for Plaintiff |
| | NANOENTEK, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 28, 2012

_____
Joseph C. Spero
United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the **[PROPOSED] STIPULATED ORDER** was served via the Court's Electronic Case Management System on all counsel of record on August 24, 2012.

/s/   Jennifer Hayes_____