1  **RONALD F. LOPEZ, SBN 111756; rflopez@nixonpeabody.com**
   **NIXON PEABODY**
2  **One Embarcadero Center, 18th Floor**
   **San Francisco, California 94111-3600**
3  **Telephone: (415) 984-8200**
   **Facsimile: (415) 984-8300**
4
5  **ROBERT E. KREBS, SBN 057526; rkrebs@nixonpeabody.com**
   **JENNIFER H AYES, SBN 241533; jenhayes@nixonpeabody.com**
   **NIXON PEABODY LLP**
6  **2 Palo Alto Square**
   **3000 El Camino Real, Suite 500**
7  **Palo Alto, California 94306**
   **Telephone: (650) 320-7700**
8  **Facsimile: (650) 320-7701**

9  **Attorneys for Defendant BIO-RAD LABORATORIES, INC.**

10 **Clinton J. McCord, SBN 204749; cmccord@edwardswildman.com**
   **EDWARDS WILDMAN PALMER LLP**
11 **9665 Wilshire Blvd., Suite 200**
   **Beverly Hills, CA 90212**
12 **Telephone No.: 310-860-8700**
   **Fax No.: 310-860-3800**
13
   **Attorneys for Plaintiff NANOENTEK, INC.**
14 **(Additional Attorneys listed on signature page)**

15

16                        **UNITED STATES DISTRICT COURT**

17                        **NORTHERN DISTRICT OF CALIFORNIA**

18

   NANOENTEK, INC.,                          Case No. 3:11-CV-06237 JCS
19
           *Plaintiff,*                       **[PROPOSED] STIPULATED ORDER TO**
20                                            **MODIFY SCHEDULE FOR MARKMAN**
   vs.                                        **BRIEFING [DKT. # 88]**
21
   BIO-RAD LABORATORIES, INC.,                The Honorable Joseph C. Spero
22
           *Defendant.*
23

24

25        Plaintiff NanoEnTek, Inc. ("NanoEnTek") and Defendant Bio-Rad Laboratories, Inc.

26 ("Bio-Rad"), by and through their respective counsel of record, hereby STIPULATE AND

27 AGREE to a two week extension to the deadline for submitting the Joint Claim Construction and

28

1   Prehearing Statement set forth in Dkt. #88.  In its Order [Dkt. # 88], the Court set the deadline for

2   submitting a Joint Claim Construction and Prehearing Statements for August 24, 2012.  The

3   parties have agreed to extend this date by two weeks, as follows:

4     September 7, 2012   Joint Claim Construction and Prehearing Statement

5         All remaining dates will remain unchanged.

6

7   DATED:  August 24, 2012                    Respectfully submitted,

8                                              NIXON PEABODY LLP

9                                                 /s/ Jennifer Hayes
                                               Ronald F. Lopez, SBN 111756
10                                             One Embarcadero Center, 18th Floor
                                               San Francisco, California 94111-3600
11                                             Telephone: (415) 984-8200
                                               Facsimile: (415) 984-8300
12

13                                             Robert E. Krebs SBN 057526
                                               Jennifer Hayes SBN 241533
14                                             2 Palo Alto Square
                                               3000 El Camino Real, Suite 500
15                                             Palo Alto, California 94306
                                               Telephone: (650) 320-7700
16                                             Facsimile: (650) 320-7701

17                                             Attorneys for Defendant
18                                             BIO-RAD LABORATORIES, INC.

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | DATED:  August 24, 2012 |

EDWARDS WILDMAN PALMER LLP

_____/s/ David Cotta_____
Clinton J. McCord, SBN 204749
George W. Neuner (admitted *pro hac vice*)
gneuner@edwardswildman.com
David Cotta (admitted *pro hac vice*)
dcotta@edwardswildman.com
Adam Samansky (admitted *pro hac vice*)
asamansky@edwardswildman.com
Peter Cuomo (admitted *pro hac vice*)
pcuomo@edwardswildman.com
Deborah Higashi Dodge (admitted *pro hac vice*)
ddodge@edwardswildman.com
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA  02199-7613
Telephone No.: 617-239-0100
Fax No.: 617-227-4420

Attorneys for Plaintiff
NANOENTEK, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   August 28, 2012

Joseph C. Spero
United States Magistrate Judge

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

## <u>CERTIFICATE OF SERVICE</u>

2

3       The undersigned certifies that the **[PROPOSED] STIPULATED ORDER** was served

4   via the Court's Electronic Case Management System on all counsel of record on August 24, 2012.

5

6                                        /s/   Jennifer Hayes_____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28