Clinton J. McCord, SBN 204749; cmccord@edwardswildman.com
EDWARDS WILDMAN PALMER LLP
9665 Wilshire Blvd., Suite 200
Beverly Hills, CA 90212
Telephone No.: 310-860-8700
Fax No.: 310-860-3800

Attorneys for Plaintiff NANOENTEK, INC.
(Additional Attorneys listed on signature page)


RONALD F. LOPEZ, SBN 111756; rflopez@nixonpeabody.com
NIXON PEABODY
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

ROBERT E. KREBS, SBN 057526; rkrebs@nixonpeabody.com
JENNIFER H AYES, SBN 241533; jenhayes@nixonpeabody.com
NIXON PEABODY LLP
2 Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, California 94306
Telephone: (650) 320-7700
Facsimile: (650) 320-7701

Attorneys for Defendant BIO-RAD LABORATORIES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANOENTEK, INC.,<br><br>    *Plaintiff,*<br><br>vs.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>    *Defendant.* | Case No. 3:11-CV-06237 JCS<br><br>**STIPULATION OF DISMISSAL**<br><br>The Honorable Joseph C. Spero<br>U.S. Magistrate Judge |

Pursuant to Fed. R. Civ. P. 41(a)(1)(a) and 41(c), the parties hereby enter into this stipulation to dismiss all claims regarding U.S. Patent No. 7,842,157 ("the "157 patent") entitled "METHOD FOR BONDING PLASTIC MICRO CHIP." Specifically, NanoEnTek and Digital Bio Technology Co. Ltd, dismiss their claim set forth in Count I of their complaint for infringement of the '157 Patent with prejudice.

Respectfully submitted,

EDWARDS WILDMAN PALMER LLP

_Clinton J. McCord, SBN 204749_

George W. Neuner (*pro hac vice*)
gneuner@edwardswildman.com
David Cotta (*pro hac vice*)
dcotta@edwardswildman.com
Adam Samansky (*pro hac vice*)
asamansky@edwardswildman.com
Peter Cuomo (*pro hac vice*)
pcuomo@edwardswildman.com
Deborah Higashi Dodge (*pro hac vice*)
ddodge@edwardswildman.com
EDWARDS WILDMAN PALMER LLP
111 Huntington Avenue
Boston, MA  02199-7613
Telephone No.: 617-239-0100
Fax No.: 617-227-4420

Attorneys for Plaintiff NANOENTEK, INC.
and DIGITAL BIO TECHNOLOGY CO.
LTD

Dated: 11/5/13

Respectfully submitted,

NIXON PEABODY LLP

_Ronald F. Lopez, SBN 111756_
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Robert E. Krebs SBN 057526
Jennifer Hayes SBN 241533
2 Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, California 94306
Telephone: (650) 320-7700
Facsimile: (650) 320-7701

Attorneys for Defendant

BIO-RAD LABORATORIES, INC.



IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

The undersigned certifies that the **STIPULATION OF DISMISSAL** was served via the

Court's Electronic Case Management System on all counsel of record on November 1, 2013.

/s/ Peter Cuomo__